UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-82516-CIV-CANNON

**CHARLOTTE ELIZABETH ARNSTEIN et al.**,

    Plaintiffs,

v.

**ALTERRAON PHILLIPS, ESQ.** and
**APLAW, LLC**,

    Defendants.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon Defendants' Motion to Dismiss [ECF No. 9]. On February 16, 2022, the Court referred Defendants' Motion to Magistrate Judge Bruce E. Reinhart for a Report and Recommendation [ECF No. 11]. Judge Reinhart thereafter issued a Report ("R&R") recommending that Defendants' Motion be denied [ECF No. 13]. Neither party has filed an objection to the R&R.

Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that Defendants' Motion should be denied for the reasons set forth therein.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The R&R [ECF No. 13] is **ACCEPTED**.

2. Defendants' Motion [ECF No. 9] is **DENIED**.

3. The deadline to file an Answer to the Complaint [ECF No. 1] is **June 17, 2022**.

CASE NO. 22-14117-CIV-CANNON/McCabe

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 1st day of June 2022.

                                                                           **AILEEN M. CANNON**
                                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record