UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 9:21-82516-CIV-CANNON/Reinhart

DONALD BORTNIAK, et al.,

    Plaintiffs,

v.

ALTERRAON PHILLIPS, ESQ. and
APLAW LLC, a Florida limited liability corporation,

    Defendants.
_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41, F.R.C.P.

The Plaintiffs, Donald Bortniak, John Cain, Pedro Camacho, William Catranbone, Donald Conway, Scott Ellington, Nadine Shawah, Agnes Stawinski, Paul Stawinski, Gary Sullivan, Romualda Swierczewski and Ezzatollah Tarakmi, and the Defendants, Alterraon Phillips, Esq., and APLaw, LLC, by and through their undersigned counsel, all hereby stipulate that this case will be dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

*(Remainder of this Page left blank intentionally)*

*Respectfully submitted this 29th day of May, 2024.*

| *Attorneys for Plaintiffs,* | *Attorneys for Defendants,* |
|---|---|
| Steven H. Meyer, P.A. | APLaw, LLC |
| 401 West Fairbanks Avenue | 11358 Okeechobee Boulevard |
| Suite 100 | Suite 2 |
| Winter Park, FL 32789 | Royal Palm Beach, FL 33411 |
| Tel. (407) 289-0803 | Tel. (561) 729-0123 |
| Fax (407) 539-2978 | Fax (561) 729-0128 |
| | |
| By: /s/ Steven H. Meyer | By: /s/ Alterraon Phillips |
|    Steven H. Meyer, Esq. |    Alterraon Phillips, Esq. |
|    steven@thefirm.legal |    al@ap-law.net |