**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 21-82516-CIV-CANNON/Reinhart**

**CHARLOTTE ELIZABETH ARNSTEIN et al.**,

     Plaintiffs,

v.

**ALTERRAON PHILLIPS, ESQ.** and
**APLAW, LLC**,

     Defendants.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Reinhart on Defendants' Motion for Attorney's Fees and Costs [ECF No. 178]. The Report recommends that the Court deny Defendants' motion [ECF No. 176] because the parties jointly signed a stipulation of dismissal that stripped the Court of jurisdiction to consider Defendants' fee motion [ECF No. 178]. Plaintiffs filed a Notice of Waiver of Objection on June 28, 2024 [ECF No. 180]. While Defendants filed Objections, they were untimely and therefore stricken by the Court [ECF Nos. 181–182].

Fully advised in the premises, the Court finds no clear error of fact or law in the Report. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Report and Recommendation [ECF No. 178] is **ACCEPTED**.

2.     Defendants' Motion for Attorney's Fees and Costs [ECF No. 176] is **DENIED**.

CASE NO. 21-82516-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 24th day of July 2024.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2